UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICK J. DEYOE and REALTEX DEVELOPMENT CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| ROLLINGWOOD GP, LLC, and GARDNER CAPITAL, INC., | ) ) ) |
| Defendants. | ) ) |

Case No. 4:20-cv-00107-SNLJ

**PLAINTIFFS' MOTION TO DISMISS
DEFENDANT ROLLINGWOOD'S COUNTERCLAIMS**

Plaintiffs Rick J. Deyoe ("Deyoe") and Realtex Development Corporation ("Realtex") (collectively, "Plaintiffs") file this Partial Motion to Dismiss Defendant Rollingwood GP, LLC's Counterclaims pursuant to Rules 12(b)(6) and 9(b), and respectfully state as follows:

1. For the reasons stated herein and in Plaintiffs' memorandum in support of this Motion, filed concurrently herewith and incorporated herein by reference, Plaintiffs move pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) to dismiss the fraud and breach of fiduciary duty counterclaims asserted by Defendant Rollingwood GP, LLC ("Rollingwood").

2. Rollingwood does not allege the content, date(s), or location(s) of the allegedly fraudulent omissions and misstatements that serve as the basis of its fraud counterclaim. Nor does Rollingwood allege a legally cognizable fiduciary relationship

1

owed by Deyoe to Rollingwood in support of its fiduciary breach counterclaim. Accordingly, both of these counterclaims should be dismissed.

                                                Respectfully submitted,

Dated: April 9, 2020                By:    /s/ *Jesse Z. Weiss*

                                                Evan Z. Reid, #51123
                                                **LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7889
Facsimile: (314) 612-7889
Email: ereid@lewisrice.com

Ryan T. Shelton (*admitted pro hac vice*)
Jesse Z. Weiss (*admitted pro hac vice*)
**BROPHY EDMUNDSON**
**SHELTON & WEISS PLLC**
317 Grace Lane, Suite 210
Austin, Texas 78746
Telephone: (512) 596-3622
Facsimile: (512) 532-6637
Email: ryans@beswlaw.com
         jesse@beswlaw.com

*Attorneys for Plaintiffs Rick J. Deyoe and Realtex Development Corporation*

2

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing instrument has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure this 9th day of April 2020.

*/s/ Jesse Z. Weiss*
Jesse Z. Weiss